**IT IS ORDERED as set forth below:**



**Date: March 12, 2019**

_____
   **Paul Baisier**
   **U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-68220-PMB |
| | : | |
| DUWAN PITTMAN, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**ORDER DENYING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**

On February 20, 2019, Duwan Pittman ("**Debtor**") filed *pro se* a paper titled *Dismissed Chapter 7 Bankruptcy*, which the Court has construed as a motion to dismiss the instant bankruptcy case [Doc. No. 23] (the "**Motion**").

On February 21, 2019, the Court entered an order and notice [Doc. No. 24], among other things, setting the Motion for hearing on March 11, 2019 (the "**Hearing**").

On February 28, 2019, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for Debtor's bankruptcy estate, filed a notice [Doc. No. 31], among other things, providing Debtor and the Court notice that Trustee opposed the relief requested in the Motion.

13265314v1

Counsel for Trustee appeared at the Hearing, but Debtor failed to appear. No other creditors or parties in interest appeared.

The Court having considered the Motion, the entire record in this bankruptcy case, and the statements of counsel on the record at the Hearing; for all those reasons stated on the record at the Hearing; and, for good cause shown, it is hereby

**ORDERED** that the Motion is **DENIED**.

[END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia  30363
Tel: (404) 873-7030 / Fax: (404) 873-7031

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303

Duwan Pittman
5521 Marbut Road
Lithonia, GA 30058

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

13265314v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-68220-pmb<br>Northern District of Georgia<br>Atlanta<br>Tue Mar 12 07:41:45 EDT 2019 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998-1537 | Arnall Golden Gregory, LLP<br>Michael J. Bargar<br>Suite 2100<br>171 17th Street NW<br>Atlanta, GA 30363-1031 |
| Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | CARE CREDIT<br>PO BOX 965036<br>ORLANDO, FL 32896-5036 | CREDIT ONE<br>6801 S. CIMMARON RD<br>LAS VEGAS, NV 89113-2273 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | METRO CITY BANK<br>5441 BUFORD HGWY NE STE 109<br>DORAVILLE, GA 30340-1168 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Duwan Pittman<br>5521 Marbut Road<br>Lithonia, GA 30058-5574 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| US Department of Education/MOHELA<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | WELLS FARGO<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | WELLS FARGO<br>PO BOX 94435<br>ALBURERQUE, NM 87199-4435 |
| ZWICKER & ASSOCIATES<br>2470 SATELITE BLVD #120<br>DULUTH, GA 30096-1256 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |