# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: Duwan C Pittman )
) Case No.: 18-68220-PMB
)
)
) Chapter: 7

Debtor(s)

___Dismissal___

Asking to dismissed case I was given misinformed information on bankruptcy by (legal representative) Ebony Tuff I would like for case to be dismissed respectfully because I had a diffrent understanding of the case and procedures I'm asking court to look into the matter and respectfully dismissed

Dated: 4/15/19

Signature: _____

Printed Name: Duwan C Pittman

Address: 392 Brookwater Ct
Stone Mountain GA. 30087

Phone: 678-508-0712

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2019 APR 15 PM 3:38
M. VICTORIA THOMAS
CLERK
BY _____ DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Duwan C Pittman )  Case No: 18-68220-PMB
) Chapter 7
)
)
)
Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 15 day of Apr, 2019, I served a copy of Dismissal which was filed in this bankruptcy matter on the 15 day of Apr, 2019

Mode of service (check one):   ⊗ MAILED      ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S Gregory Hayes
Hays Financial Consulting LLC
Suite 555
2964 Peachtree Road
Atlanta, GA. 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 4-15-19

Signature: [signed]

Printed Name: Duwan C Pittman

Address: 392 Brookwater Ct
Stone Mountain GA. 30087
678-508-0712

Phone:

(Generic Certificate of Service – Revised 4/13)