PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

2019 MAY 22  AM 11: 26

M. REGINA THOMAS
CLERK
Rachael Smith
DEPUTY CLERK

## Request for Change of Address

Case Name: Duwan C Pittman

Case No.: 18-68220-PMB    Chapter: 7

**Change of Address for:**
Debtor [ ]    Creditor [✓]    Attorney for Debtor [ ]    Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✓]

EFFECTIVE DATE OF CHANGE: 5/22/19

Name: Duwan Pittman

Prior Address: 392 Brookwater Ct
Stone Mountain GA
30087

*************************************************************

New Address: 5521 Marbut Rd
Lithonia GA 30058

Change of Address Was Furnished By:    Debtor [✓]    Creditor [ ]    Attorney [ ]

Date: 5-22-19    Signature of Filer: _____
Telephone Number: 678-508-0712

**IF FILED BY ATTORNEY**

Attorney Name:
Bar ID:
Address:

Revised August 2012