UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DUWAN PITTMAN, | : | CASE NO. 18-68220-PMB |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On July 14, 2020, the Trustee sold real property of the estate known as 5521 Marbut Road, Lithonia, Dekalb County, GA 30058 ("**Property**") to Peach Property Partners, LLC ("**Purchaser**") for $97,500.00 as ordered and approved by the Court on June 23, 2020 [Doc. No. 59].

2.

Attached hereto as Exhibit "A" is the Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $75,385.98 from the sale.

Respectfully submitted this 15th day of July, 2020.

                                                       /s
                                           S. Gregory Hays
Hays Financial Consulting, LLC      Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

OMB Approval No 2502-0265



# A. Settlement Statement (HUD-1)

| B. Type of Loan: | | | | | | |
|---|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File No. | 7. Loan No. | 8. Mortgage Insurance Case No. | |
| 4. ☐ VA | 5. ☐ Conv Ins. | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Ponch Property Partners, LLC<br>141 Village Parkway Northeast<br>Bldg. 5, Suite 200<br>Marietta, GA 30067 | S. Gregory Hays of S. Gregory Hays, As and Only as Trustee of Duwan Pittman a.k.a. Duwan Calvin Pittman<br>171 17th Street Northwest<br>Suite 2100<br>Atlanta, GA 30363 | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 5521 Marbut Road<br>Lithonia, GA 30058 | Wasdin Closing Group LLC | 07/14/2020 |
| | Place of Settlement:<br>11138 State Bridge Road 125 Alpharetta, GA 30022 | Funding Date:<br>07/14/2020<br>Disbursement Date:<br>07/14/2020 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | $97,500.00 | 401. Contract sales price | $97,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $1,297.30 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | $98,797.30 | 420. Gross Amount Due to Seller | $97,500.00 |
| 200. Amount Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit | $2,500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $21,565.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage | |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes 01/01/2020 to 07/14/2020 | $549.02 | 511. County Taxes 01/01/2020 to 07/14/2020 | $549.02 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $3,049.02 | 520. Total Reduction Amount Due Seller | $22,114.02 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $98,797.30 | 601. Gross amount due to seller (line 420) | $97,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | $3,049.02 | 602. Less reductions in amounts due seller (line 520) | $22,114.02 |
| 303. Cash ☒ From ☐ To Borrower | $95,748.28 | 603. Cash ☒ To ☐ From Seller | $75,385.98 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Real Estate Broker Fees** | | |
| Division of commission (line 700) as follows: | | |
| 701. $ | | |
| 702. $ | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Our origination charge (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen (from GFE #2) | | |
| 803. Your adjusted origination charges (from GFE #A) | | |
| 804. Appraisal fee (from GFE #3) | | |
| 805. Credit report (from GFE #3) | | |
| 806. Tax service (from GFE #3) | | |
| 807. Flood certification (from GFE #3) | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. Items Required by Lender to be Paid in Advance** | | |
| 901. Daily interest charges from 07/14/2020 to 08/01/2020 (from GFE #10) | | |
| 902. Mortgage insurance premium (from GFE #3) | | |
| 903. Homeowner's Insurance (from GFE #11) | | |
| 904. | | |
| **1000. Reserves Deposited with Lender** | | |
| 1001. Initial deposit for your escrow account (from GFE #9) | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| **1100. Title Charges** | | |
| 1101. Title services and lender's title insurance (from GFE #4) | | |
| 1102. Settlement or closing fee to Wasdin Closing Group LLC | | |
| 1103. Owner's title insurance to Chicago Title Insurance Company (from GFE #5) | $499.80 | |
| 1104. Lender's title insurance to Chicago Title Insurance Company | | |
| 1105. Lender's title policy limit $ | | |
| 1106. Owner's title policy limit $97,500.00 | | |
| 1107. Agent's portion of the total title insurance premium to Wasdin Closing Group LLC $349.86 | | |
| 1108. Underwriter's portion of the total title insurance premium to Chicago Title Insurance Company $149.94 | | |
| 1109. Title - Settlement Fee to Wasdin Closing Group LLC | $450.00 | |
| 1110. Title Exam Fee to Wasdin Closing Group LLC | $175.00 | |
| 1111. Title - Courier Fee to Wasdin Closing Group LLC | $50.00 | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Government recording charges (from GFE #7) | $25.00 | |
| 1202. Deed $25.00 Mortgage $ Release $ to Dekalb County Recording Office | | |
| 1203. Transfer taxes (from GFE #8) | $97.50 | |
| 1204. City/County tax/stamps Deed $ Mortgage $ | | |
| 1205. State tax/stamps Deed $97.50 Mortgage $ to Dekalb County Recording Office | | |
| 1206. | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Required services that you can shop for (from GFE #6) | | |
| 1302. | | |
| 1303. | | |
| 1304. | | |
| 1305. Disbursement Processing Fee to Wasdin Closing Group LLC | | $65.00 |
| 1306. Homestead Exemption Payment to Duwan C. Pittman | | $21,500.00 |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | $1,297.30 | $21,565.00 |

See signature addendum

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303

>Duwan Pittman
>5521 Marbut Rd
>Lithonia, GA 30058

Dated: July 15, 2020.

                                                /s/
                                        S. Gregory Hays
                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net