**IT IS ORDERED as set forth below:**



**Date: August 18, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DUWAN PITTMAN, | : | CASE NO. 18-68220-PMB |
| | : | |
| Debtor. | : | |

**ORDER APPROVING EMPLOYMENT
OF ACCOUNTANTS, SUBJECT TO OBJECTION**

On August 14, 2020, S. Gregory Hays, the Chapter 7 Trustee in the above-styled case (the "**Trustee**"), filed an application for approval of employment of Hays Financial Consulting, LLC ("**Firm**") as accountants for Trustee [Doc. No. 76]. It appears that Firm is qualified to represent Trustee in this case and that they represent no interest adverse to the Debtor or Debtor's estate in the matters upon which they are to be engaged, and that their employment is necessary and is in the best interests of the estate; accordingly, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, Trustee is hereby authorized to employ Hays Financial Consulting, LLC as accountants to

Trustee in this case for the purposes and terms specified in the Application For Approval of Employment of Hays Financial Consulting, LLC as Accountants for the Trustee for reasonable compensation and reimbursement of expenses as the Court may award under applicable law after notice and hearing based upon an application to be filed in the case. No payments or reimbursement of expenses shall be made to Firm without Court approval pursuant to applicable law.

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and counsel for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

**Draft order prepared and presented by:**

   /s/ *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

Duwan Pittman
5521 Marbut Rd
Lithonia, GA 30058

All parties on the mailing matrix in this case