UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DUWAN PITTMAN, | : | CASE NO. 18-68220-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 30th day of April, 2021.

                                                             */s/ S. Gregory Hays*
                                                               S. Gregory Hays
                                                               Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | CARE CREDIT<br>PO BOX 965036<br>ORLANDO, FL 32896-5036 |
| CREDIT ONE<br>6801 S. CIMMARON RD<br>LAS VEGAS, NV 89113-2273 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Duwan Pittman<br>5521 Marbut Rd<br>Lithonia, GA 30058-5574 |
| Hays Financial Consulting LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-4909 | Internal Revenue Service<br>P O BOX 7346<br>Philadelphia.PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| METRO CITY BANK<br>5441 Buford HGWY NE<br>Ste 109<br>DORAVILLE, GA 30340-1168 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Ocala Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Portfolio Recovery Assoc, LLC<br>POB 41067<br>Norfolk, VA 23541 | PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| R. Jeneane Treace<br>Office of the United States Trustee<br>75 Ted Turner Drive, SW<br>362 Richard Russell Bldg.<br>Atlanta, GA 30303 | Synchrony Bank<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | US Dept of Education/MOHELA<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 |
| WELLS FARGO<br>PO BOX 94435<br>ALBURERQUE, NM 87199-4435 | WELLS FARGO<br>PO BOX 14517<br>DES MOINES, IA 50306-3517 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | ZWICKER & ASSOCIATES<br>2470 SATELITE BLVD #120<br>DULUTH, GA 30096-5801 | |